**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 116 MAL 2020

         Respondent        :

                             :   Petition for Allowance of Appeal
                             :   from the Order of the Superior Court

         v.                  :

                             :

SHAUN BRIAN PATRICK WINTERS,    :

                             :

         Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 13th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.